CITY OF PROVIDENCE

v.

Robert KALIAN.

No. 84–419–M.P.

Supreme Court of Rhode Island.

Oct. 25, 1984.

Richard G. Riendeau, Cranston, for petitioner.

Peter K. Rosedale, Rosedale & Riffkin, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.

Gloria M. SERPA

v.

METACOM MANOR HEALTH CENTER, INC.

No. 84–415–M.P.

Supreme Court of Rhode Island.

Oct. 25, 1984.

Raul L. Lovett/Marc B. Gursky, Lovett Morgera Schefrin & Gallogly, Ltd., Providence, for petitioner.

Robert K. Argentieri, Carroll Kelly & Murphy, Providence, for respondent.

ORDER

The petition for writ of certiorari is denied.

MURRAY, J., did not participate.